UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

**cc: ADR Program**

| Case No.: | CV 11-6408-PSG (PLAx) | Date: | June 18, 2012 |
|---|---|---|---|
| Title: | ILYA PODOBEDOV, ET AL. -VS- LIVING ESSENTIALS, LLC., ET AL. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Miriam Baird | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Timothy Fisher
Sarah Wescot

Attorneys Present for Defendants:

Gerald Hawxhurst

Proceedings:    **SCHEDULING CONFERENCE**

Scheduling Conference held. The Court sets the following dates, and directs counsel to review the Court's trial order for further details.

| | |
|---|---|
| Last Day to Add Parties & Amend Pleadings (Doe defendants are dismissed as of cut-off to add parties) | 07-18-12 |
| Discovery Cut-Off: | 04-23-13 |
| Last Day to File Motion: | 05-07-13 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 04-30-13 |
| Rebuttal Expert Witness Disclosure: | 05-28-13 |
| Expert Discovery Cut-Off: | 06-18-13 |
| Final Pretrial Conference (2:30 p.m.): | 07-15-13 |
| Jury Trial (9:00 a.m.): | 07-30-13 |
| Estimated Length: | 10 days |

Time: 15

Initials of Preparer       wh